**Order entered April 4, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00382-CV

### IN RE: STANLEY NGO, Relator

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-00021**

## ORDER

The Court has before it relator's petition for writ of mandamus and motion to stay proceedings. The Court **GRANTS** the motion to stay and **ORDERS** a stay of all proceedings in the trial court. This stay shall remain in effect until further order of this Court. The Court requests that respondent and real party in interest file any response to the petition for writ of mandamus by April 15, 2013.

/s/  MICHAEL J. O'NEILL
    JUSTICE